Form 237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Larry Emanuel Manus** | : | Case No. 13−11489−TPA |
| **Dawnette Rose Manus** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Federal National Mortgage Association | : | |
| *Movant,* | : | Related to Claim No. 8 |
| | : | |
| v. | : | |
| Larry Emanuel Manus | : | |
| Dawnette Rose Manus | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

        **AND NOW**, this **12th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Federal National Mortgage Association* at Claim No. 8 in the above−captioned bankruptcy case,

        It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-11489-TPA
Larry Emanuel Manus                                                     Chapter 13
Dawnette Rose Manus
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: lkat                  Page 1 of 1              Date Rcvd: Jul 12, 2016
                               Form ID: 237                Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db/jdb         +Larry Emanuel Manus,   Dawnette Rose Manus,   4661 Richmond St.,   Erie, PA 16509-2035
aty            +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, as Trustee for Conseco
               Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
              Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6