**Form 316**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Larry Emanuel Manus** | : | Case No. 13–11489–TPA |
| **Dawnette Rose Manus** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Movant(s),* | : | Related to Document No. 49 Related to |
| | : | Claim No. 8 |
| v. | : | |
| Federal National Mortgage Association ("Fannie | : | Hearing Date: 12/21/16 at 09:30 AM |
| Mae"), Creditor c/o Seterus Inc. | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER

AND NOW, this **21st day of October, 2016,** upon consideration of the ***Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges*** filed at Doc. No. 49 ("Objection") which relates to the *Notice of Postpetition Mortgage Fees, Expenses and Charges* filed at Claim No. 8,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before November 25, 2016, Federal National Mortgage Association** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Movant(s). Any *Response* filed by the Party originally filing the *Notice of Postpetition Mortgage Fees, Expenses and Charges* shall attach as an exhibit to the *Response:*

(a) A complete and accurate loan payment history;
(b) A computation of the mortgage fees, expenses and charges in a format which is readily understandable by the Court and the Parties–in–Interest; and,
(c) A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Notice of Postpetition Mortgage Fees, Expenses and Charges*.

(2) A hearing on the *Objection* is scheduled for ***December 21, 2016*** at ***09:30 AM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

(3) ***If on or before December 2, 2016,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above–scheduled hearing will be cancelled and the *Consent Order* considered.

continued on reverse side or next page

      (4)   If **on or before December 5, 2016,** no *Response* is filed to the *Objection*, the Movant shall file a ***Certificate of No Objection***. If a *Certificate of No Objection* is timely filed, the above−scheduled hearing will be cancelled and the Court will consider the matter.

      (5)   Movant(s) shall ***immediately*** serve this *Order* on any affected Party(ies) and file a ***Certificate of Service*** with the Clerk within five (5) days of this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Counsel for the Movant(s)
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-11489-TPA
Larry Emanuel Manus                                                   Chapter 13
Dawnette Rose Manus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                Page 1 of 1          Date Rcvd: Oct 21, 2016
                              Form ID: 316              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db/jdb        +Larry Emanuel Manus,   Dawnette Rose Manus,   4661 Richmond St.,   Erie, PA 16509-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, as Trustee for Conseco Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
    Joshua I. Goldman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION bkgroup@kmllawgroup.com
    Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
    Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 7