IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Larry Emanuel Manus ) | Case No.: 13-11489 TPA |
| Dawnette Rose Manus ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | Related to Doc. 49, 50 |
| Movant, ) | |
| ) | |
| Vs. ) | Hearing Date: 12-21-2016 |
| Federal National Mortgage Association ) | at 9:30 a.m. |
| ("Fannie Mae"), Creditor c/o Seterus ) | |
| Inc. ) | |
| Respondent(s) ) | |

### **CERTIFICATE OF SERVICE OF ORDER  SCHEDULING HEARING ON OBJECTION TO NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES**

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Order on the parties at the addresses specified below on **Oct. 24, 2016**.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Larry Emanuel Manus
Dawnette Rose Manus
4661 Richmond Street
Erie, PA  16509

Michael S. Jan Janin, Esquire
Quinn Buseck Leemhuis et al
2222 West Grandview Blvd.
Erie, PA  16506-4508

Bank of America, N.A.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Seterus
Attn: Jeff Johnson President
14523 Southwest Millikan Way, Suite 200
Beaverton, OR 97005

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**   /s/ Amy T. Sabedra
Amy T. Sabedra
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com