```
                                    FILED
                                    11/30/16 3:10 pm
                                    CLERK
                                    U.S. BANKRUPTCY
                                    COURT - WDPA
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Larry Emanuel Manus<br>Dawnette Rose Manus<br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus Inc.<br>    Respondent(s) | Case No.: 13-11489 TPA<br>Chapter 13<br><br>Related to Document No. 49 |

## ORDER

AND NOW, this __30th__ day of __November__, 2016, upon consideration of Trustee's Objection to Notices of Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notice of Postpetition Mortgage Fees, Expenses and Charges are disallowed. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the inception of the loan. It is further

ORDERED that the Respondent is to provide to the Court information as to why property inspections were performed along with copies of the reports and bills no later than 60 days from the date of this Order. It is further

ORDERED that the Respondent is to provide to the Court proof as to how the mortgage insurance fees were incurred, why they were incurred, all documentation and authority that supports these charges as an appropriate postpetition expense of the bankruptcy estate no later than 60 days from the date of this Order. It is further

ORDERED that in the event that the creditor choses to withdraw the Notices of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notice. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11489-TPA
Larry Emanuel Manus                                                             Chapter 13
Dawnette Rose Manus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lkat                Page 1 of 1              Date Rcvd: Dec 01, 2016
                               Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db/jdb         +Larry Emanuel Manus,    Dawnette Rose Manus,    4661 Richmond St.,    Erie, PA 16509-2035
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, as Trustee for Conseco
               Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7