**UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RE:LARRY EMANUAL MANUS AND DAWNETTE ROSE MANUS | : : | BKY NO. 13-11489 |
| DEBTOR(S) | : | |
| SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR | : : : : | CHAPTER 13 |
| MOVANT | | |
| LARRY EMANUAL MANUS AND DAWNETTE ROSE MANUS RONDA J. WINNECOUR | | |
| RESPONDENTS | | |

**PRAECIPE TO WITHDRAW THE NOTICE OF POST PETITION MORTGAGE**

**FEES, EXPENSES AND CHARGETO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly mark the *NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES* filed in the name of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor on November 3, 2015 as withdrawn.

**/s/ Jeniece D. Davis**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**Attorney I.D. #208967**
**Jeniece@mvrlaw.com**
**610-328-2887 x 16**

**January 27, 2017**
**Copies:**
Michael S. Janin, Electronic service
2222 West Grandview Boulevard
Erie, PA 16506

Larry Emanual Manus and Dawnette Rose Manus
4661 Richmond Street
Erie, PA 16509

Ronda J. Winnecour, Electronic service
600 Grant Street, Suite 3250, US Tower
Pittsburgh, PA 15219