Re: Larry Emanual Manus and Dawnette Rose
Manus
                Debtors

Seterus, Inc., as the authorized subservicer for
Federal National Mortgage Association
("Fannie Mae"), creditor
                Movant

Larry Emanual Manus and Dawnette Rose
Manus
Ronda J. Winnecour
                Respondents

Bky No.  13-11489

Chapter  13

## Amended Affidavit Certifying Removal of Property Inspection Fees and Mortgage Insurance

The affiant, ____Jeff Dancy____, is an employee of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, and is authorized to make this affidavit.  The affiant, being first duly sworn upon oath, deposes and says:

On the 30th of January, the affiant has reviewed the loan history of Larry Manus and needs.  I attest that the property loan inspection charges have been removed from this loan for the following dates:  May 27, 2015, June 24, 2015, July 22, 2015, August 27, 2015 and September 23, 2015.  The charges amounted to a total of $75.00.

Further, mortgage insurance premiums were erroneously listed on the Post-Petition Fee Notice for the following dates - May 7, 2015, May 27, 2015, June 24, 2015, July 27, 2015, August 5, 2015 and August 26, 2015.  The aforementioned charges are paid by the lender, do not accrue on the loan and are not recovered from the borrower(s).

This loan will not incur any further property inspection fees for the duration of the bankruptcy. The mortgage insurance premiums will continue to be paid by the lender and the account will be noted only for accounting purposes.

BY: _____

Title: __Bankruptcy Account Specialist__

State of  NC  )
County of Durham )

Sworn and subscribed to before me this 30th day of January 2017.

_____
Notary Public

TANEKA D. WALKER
NOTARY PUBLIC
Comm. Exp. 6-18-2019.
WAKE COUNTY, NC

_____
Commission Expiration Date