**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LARRY EMANUEL MANUS
DAWNETTE ROSE MANUS

    Debtor(s)

Ronda J. Winnecour

    Movant
vs.

US BANK NA - TRUSTEE
    Respondent(s)

Case No. 13-11489TPA

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 23
Court Claim Number - 10

2/6/2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LARRY EMANUEL MANUS
DAWNETTE ROSE MANUS

    Debtor(s)

Ronda J. Winnecour

    Movant
vs.

US BANK NA - TRUSTEE

    Respondent(s)

Case No.:13-11489TPA

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

LARRY EMANUEL MANUS, DAWNETTE ROSE MANUS, 4661 RICHMOND ST., ERIE, PA 16509
MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW, ERIE, PA 16506-4508
US BANK NA - TRUSTEE, C/O JPMORGAN CHASE BANK NA, 3415 VISION DR, MC: OH4-7142, COLUMBUS, OH 43219
CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA 71203
ANDREW L SPIVACK ESQ FOR JOSEPH P SCHALK ESQ**, PHELAN HALLINAN DIAMOND & JONES, 1617 JFK BLVD STE 1400, PHILADELPHIA, PA 19103-1814

02/06/2017

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com