FILED
2/13/17 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-11489-TPA |
| | : | Chapter: | 13 |
| Larry Emanuel Manus | : | | |
| Dawnette Rose Manus | : | | |
| | : | Date: | 2/8/2017 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

*MATTER:*   #60 Withdrawal of Notice of Post Petition Mortgage Fees, Expenses and Charges by Federal Nat'l Mrtg. Assoc.

*APPEARANCES*:

    Debtor:    Michael S. Jan Janin (no appearance)
    Trustee:   Ronda Winnecour
    FNB Assoc: (Jeniece Davis) Mark Pecarchik

*NOTES:*

Winnecour:   (9:50) Order was defaulted re Notice of Post-Petition. Lender said mortgage insurance shouldn't have been charged to the Debtor at all. Waiting for loan history, not provided since Order issued in January. I am opposed to the withdrawal.

Pecarchik:   Issue with prior firm handling the case. We will get things cleaned up.

J            (9:52)

*OUTCOME:*   Upon consent of counsel, Counsel for FNB Assoc. shall have 60 additional days to provide loan history. Chambers to issue Order.

vas