FILED
2/13/17 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LARRY EMANUEL MANUS<br>DAWNETTE ROSE MANUS,<br>*Debtor* | Case No. 13-11489-TPA<br><br>Chapter 13<br>Related to Document No. 49, 60 |
| RONDA J. WINNECOUR, Chapter 13<br>Trustee,<br>*Movant* | |
| v. | |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION ("Fannie Mae"),<br>Creditor c/o Seterus, Inc.<br>*Respondent* | Hearing: April 26, 2017 at 9:30 A.M. |

### ORDER

On February 8, 2017, a hearing was held on the *Withdrawal of Notice of Post Petition Mortgage Fees, Expenses and Charges,* filed by the Creditor Federal National Mortgage Association at Document No. 60. In light of the statements made on the record and the request for additional time to comply with the Order dated November 30, 2017 at Doc. No. 54.

*AND NOW*, this *13th* day of *February, 2017*, it is hereby **ORDERED, ADJUDGED and DECREED** decision on the *Withdrawal* of the Notice *is stayed.* **On or before April 10, 2017,** the Respondent shall provide proof that the records have been corrected to show that there are no charges for the amounts claimed in the Notice and provide the required loan history. The matter is continued

1

to *April 26, 2017 at 9:30 A.M.* in the Erie Bankruptcy Court, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 in the event Respondent fails to timely comply.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda Winnecour, Esq., Ch. 13 Trustee
    Debtors
    Michael S. JanJanin, Esq.
    Jeniece Davis, Esq.

    Mark J. Pecarchik, Esq.
    745 Somerville Drive
    Pittsburgh, PA 15243

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry Emanuel Manus  
Dawnette Rose Manus  
      Debtors

Case No. 13-11489-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1       User: lkat       Page 1 of 1       Date Rcvd: Feb 14, 2017  
                        Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.  
db/jdb       +Larry Emanuel Manus,   Dawnette Rose Manus,   4661 Richmond St.,   Erie, PA 16509-2035  
            +Mark J. Pecarchik, Esq.,   745 Somerville Drive,   Pittsburgh, PA 15243-1668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2017 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION   bkgroup@kmllawgroup.com  
        Jeniece D. Davis   on behalf of Creditor   Federal National Mortgage Association   jeniece@mvrlaw.com, bonnie@mvrlaw.com  
        Jeniece D. Davis   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION   jeniece@mvrlaw.com, bonnie@mvrlaw.com  
        Jerome B. Blank   on behalf of Creditor   U.S. Bank National Association, as Trustee for Conseco Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com  
        Joshua I. Goldman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION   bkgroup@kmllawgroup.com  
        Michael S. Jan Janin   on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,   knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com  
        Michael S. Jan Janin   on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,   knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                      TOTAL: 10