FILED
4/12/17 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LARRY EMANUEL MANUS and DAWNETTE ROSE MANUS | : | Case No. 13-11489 TPA |
| *Debtors* | : | Chapter 13 |
| | : | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | : | Related to Document No. 69 |
| *Movant* | : | |
| v. | : | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. | : | |
| *Respondent* | : | Hearing: April 26, 2017 at 9:30 A.M. |

### ORDER

*AND NOW*, this **12th** day of *April, 2017*, Federal National Mortgage Association, Creditor c/o Seterus, Inc. having previously filed an "Affidavit" at Doc. No. 61 and a "Response" (at an inappropriate CM/ECF event) at Doc. No. 68, and, most recently filed an *Amended Response* at Doc. No. 69 to Court Order dated February 13, 2017,

It is hereby **ORDERED, ADJUDGED and DECREED** that *Jeniece D. Davis, Esq.* as well as the Affiant, *Jeff Daria*, both shall *personally* appear at the hearing previously scheduled for *April 26, 2017 at 9:30 A.M* in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, to answer any questions the Court may have.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
 Ronda J. Winnecour, Esq.
 Michael S. Jan Janin, Esq.
 Jeniece D. Davis, Esq.
 Jeff Daria, c/o Jeniece Davis, Esq.
 Debtors
 Mark J. Pecarchik, Esq., 745 Somerville Drive, Pittsburgh PA 15243

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry Emanuel Manus  
Dawnette Rose Manus  
    Debtors

Case No. 13-11489-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lkat    Page 1 of 1    Date Rcvd: Apr 12, 2017  
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
```
db/jdb         +Larry Emanuel Manus,    Dawnette Rose Manus,    4661 Richmond St.,    Erie, PA 16509-2035
               +Jeff Daria,    c/o Jeniece Davis, Esq.,    Martha E. Von Rosenstiel, P.C.,    649 South Avenue,
                 Secane, PA 19018-3541
               +Mark J. Pecarchik, Esq.,    745 Somerville Drive,    Pittsburgh, PA 15243-1668
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jeniece D. Davis    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, as Trustee for Conseco
               Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```