FILED
4/21/17 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: LARRY EMANUEL MANUS AND DAWNETTE ROSE MANUS : <br> DEBTORS : <br> : <br> RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE : <br> MOVANT : <br> V. <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. <br> RESPONDENT | BKY NO. 13-11489 TPA <br><br> CHAPTER 13 <br><br> Related to Document No. 74 |

**ORDER ON THE MOTION OF RESPONDENT FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. FOR TELEPHONIC APPEARANCE BY JEFF DARIA AND PERSONAL APPEARANCE BY ELIZABETH KORGAR**

This *21st* day of *April, 2016*, upon notice and hearing, it is **ORDERED** that the

above-captioned Motion is granted in so far as Jeff Daria is excused from appearing at the hearing on April 26, 2017 at 9:30 A.M. and Elizabeth Korgar, with full knowledge of the matter, so as to be able to answer the Court's questions and with full authrority to bind Seterus, Inc., shall *personally* appear.

Movant shall, within one (1) day hereof, serve a copy of the within order on parties of interest and file a certificate of service.

_____
United States Bankruptcy Judge vas

Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
P.O. Box 307
Secane, PA 19018

Michael S. Janin
Quinn Buseck Leemhuis Toohey & Kroto, Inc.
2222 West Grandview Boulevard
Erie, PA 16506-4508

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Larry Emanuel Manus and Dawnette Rose Manus
4661 Richmond Street
Erie, PA  16509

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 13-11489-TPA
Larry Emanuel Manus                                             Chapter 13
Dawnette Rose Manus
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: lkat              Page 1 of 1              Date Rcvd: Apr 21, 2017
                                Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
db/jdb         +Larry Emanuel Manus,    Dawnette Rose Manus,    4661 Richmond St.,    Erie, PA 16509-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: Diane@mvrlaw.com Apr 22 2017 01:11:41     Martha E. Von Rosenstiel, P.C.,
                649 South Avenue, Unit 6,    P.O. Box 307,    Secane, PA 19018-0307
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jeniece D. Davis    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, as Trustee for Conseco
               Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10