FILED
4/27/17 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 13-11489-TPA |
| Larry Emanuel Manus | : | Chapter: | 13 |
| Dawnette Rose Manus | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 4/26/2017 |
| | : | Time: | 09:30 |

**PROCEEDING MEMO**

*MATTER:*   #60 Withdrawal of Post Petition Mrtg. Fees, Exp. and Charges
***(Atty. Jeniece Davis and Affiant, Elizabeth Korgar shall personally appear)***

*APPEARANCES:*
Debtor:           Michael S. Jan Janin (no appearance)
Trustee:          Richard Bedford
Fed. Natl Mrtg:   Jeniece D. Davis
Fed. Natl Mrtg:   Elizabeth Korgar

*NOTES:*

Bedford:   Background of matters given.  Trustee is satisfied with exhibits.

*OUTCOME:*   GRANTED / OE

vas