FILED
4/27/17 3:27 pm
CLERK
41605zpw/13-11489 U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RE:LARRY EMANUAL MANUS AND        :
DAWNETTE ROSE MANUS               :        BKY NO.  13-11489
          DEBTOR(S)         :
SETERUS, INC., AS THE AUTHORIZED   :        CHAPTER  13
SUBSERVICER FOR FEDERAL           :
NATIONAL MORTGAGE ASSOCIATION     :        Related to Document No. 60
("FANNIE MAE"), CREDITOR          :
          MOVANT
LARRY EMANUAL MANUS AND
DAWNETTE ROSE MANUS
RONDA J. WINNECOUR
          RESPONDENTS

## PRAECIPE TO WITHDRAW THE NOTICE OF POST PETITION MORTGAGE

## FEES, EXPENSES AND CHARGETO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly mark the *NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES* filed in the name of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor on November 3, 2015 as withdrawn.

                      **/s/ Jeniece D. Davis**
                      **Jeniece D. Davis, Esquire**
                      **Martha E. Von Rosenstiel, P.C.**
                      **649 South Avenue, Unit 6**
                      **Secane, PA 19018**
                      **Attorney I.D. #208967**
                      **Jeniece@mvrlaw.com**
                      **610-328-2887 x 16**

**January 27, 2017**
**Copies:**
Michael S. Janin, Electronic service
2222 West Grandview Boulevard
Erie, PA  16506

Larry Emanual Manus and Dawnette Rose Manus
4661 Richmond Street
Erie, PA 16509

Ronda J. Winnecour, Electronic service
600 Grant Street, Suite 3250, US Tower
Pittsburgh, PA 15219

So Ordered

Thomas P. Agresti J.

4/26/17

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Larry Emanuel Manus                                          Case No. 13-11489-TPA
Dawnette Rose Manus                                          Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat          Page 1 of 1          Date Rcvd: Apr 27, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db/jdb        +Larry Emanuel Manus,    Dawnette Rose Manus,    4661 Richmond St.,    Erie, PA 16509-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkgroup@kmllawgroup.com
          Jeniece D. Davis   on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Jeniece D. Davis   on behalf of Creditor    Federal National Mortgage Association
           jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Jerome B. Blank    on behalf of Creditor   U.S. Bank National Association, as Trustee for Conseco
           Finance Home Loan Grantor Trust 2002-A  pawb@fedphe.com
          Joshua I. Goldman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
          Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 10