IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-11489TPA |
| | : | |
| LARRY EMANUEL MANUS and | : | |
| DAWNETTE ROSE MANUS, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| SETERUS, INC., authorized sub-servicer for | : | CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE | : | |
| ASSOCIATION, | : | RELATED TO CLAIM NO. 8 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| LARRY EMANUEL MANUS and | : | |
| DAWNETTE ROSE MANUS, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13, | : | |
| Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY
    & KROTO, INC.

    By:    */s/Michael S. JanJanin*
           Michael S. Jan Janin, Esq.
           Pa. I.D. No. 38880
           2222 West Grandview Boulevard
           Erie, PA 16506-4508
           Phone: (814) 833-2222, Ext. 1045
           Phone: (814) 314-1051 (Direct)
           Fax: (814) 833-6753
           Email: mjanjanin@quinnfirm.com

#1065939           Attorneys for Debtors, Larry Emanuel Manus and Rose Dawnette Manus

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-11489TPA |
| | : | |
| LARRY EMANUEL MANUS and | : | |
| DAWNETTE ROSE MANUS, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| SETERUS, INC., authorized sub-servicer for | : | CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE | : | |
| ASSOCIATION, | : | RELATED TO CLAIM NO. 8 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| LARRY EMANUEL MANUS and | : | |
| DAWNETTE ROSE MANUS, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 13, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:     Electronic Notification                                                      .

Ronda Winnecour, Esquire, Chapter 13 Trustee
**Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: July 13, 2017

By:     /s/Michael S. JanJanin                                
Signature

Michael S. Jan Janin, Esq.                                
Typed Name

2222 W. Grandview Blvd., Erie, PA 16506-4508     
Address

(814) 833-2222 ext. 1045                                   
Phone No.

PA ID #38880                                                       
List Bar I.D. and State of Admission