**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/4/18 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　LARRY EMANUEL MANUS<br>　DAWNETTE ROSE MANUS<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　LARRY EMANUEL MANUS<br>　DAWNETTE ROSE MANUS<br>　　　Respondents | Case No.13-11489TPA<br><br>Chapter 13<br><br>Document No.___86___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ____4th____ day of __December__, 20_18_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Millcreek Township<br>
Attn: Payroll Manager<br>
3640 West 26Th St<br>
Erie,PA 16506

is hereby ordered to immediately terminate the attachment of the wages of LARRY EMANUEL MANUS, social security number XXX-XX-8400. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LARRY EMANUEL MANUS.

BY THE COURT:

cc: Debtor(s)
　　Debtor(s) Attorney

_____vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Larry Emanuel Manus
Dawnette Rose Manus
      Debtors

Case No. 13-11489-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: lkat    Page 1 of 1    Date Rcvd: Dec 04, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db    +Larry Emanuel Manus,    4661 Richmond St.,    Erie, PA 16509-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
       Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
       heather@mvrlaw.com, Michelle@mvrlaw.com
       Heather Stacey Riloff    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       heather@mvrlaw.com, Michelle@mvrlaw.com
       James Warmbrodt    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       bkgroup@kmllawgroup.com
       Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
       jeniece@mvrlaw.com, bonnie@mvrlaw.com
       Jeniece D. Davis    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       jeniece@mvrlaw.com, bonnie@mvrlaw.com
       Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, as Trustee for Conseco Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
       Joshua I. Goldman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       bkgroup@kmllawgroup.com
       Michael S. Jan Janin    on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
       knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
       Michael S. Jan Janin    on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
       knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                    TOTAL: 12