FILED
3/21/19 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LARRY EMANUEL MANUS
    DAWNETTE ROSE MANUS
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:13-11489 TPA

Chapter 13

Document No. 93

**ORDER OF COURT**

    AND NOW, this 21st day of March, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Larry Emanuel Manus                                                        Case No. 13-11489-TPA
Dawnette Rose Manus                                                        Chapter 13
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam          Page 1 of 3          Date Rcvd: Mar 21, 2019
                             Form ID: pdf900      Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db/jdb      +Larry Emanuel Manus,   Dawnette Rose Manus,   4661 Richmond St.,   Erie, PA 16509-2035
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,   Plainview, NY 11803-4224
cr          +Seterus, Inc., as the authorized subservicer for F,   P.O. Box 1047,   Hartford, CT 06143-1047
13765081    +ASCME,   P.O. Box 12051,   Baltimore, MD 21281-2051
13765080    +America's Wholesale Lender,   4500 Park Granada,   Calabasas, CA 91302-1613
13856434    +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
13765082    +BAC Home Loans,   450 American St. SV416X,   Simi Valley, CA 93065-6285
13765085    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   P.O. Box 15726,   Wilmington, DE  19886)
13765083    +Bank of America,   13150 World Gate Dr.,   Herndon, VA 20170-4376
13765084    +Bank of America,   450 East Boundary St.,   Chapin, SC 29036-9417
13852322    +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13765087    +Bank of America, NA.,   P.O. Box 5170,   Simi Valley, CA 93062-5170
13788760     Brian McGrath,   Millcreek Township,   3640 West 26th Street,   Erie, PA 16506
13765088    +Budzik & Dynia, LLC,   4849 N. Milwaukee Ave.,   Ste. 801,   Chicago, IL 60630-2680
13765092    +Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
13765093    +Citibank,   Attn: Bankruptcy Dept.,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13765094    +Citihealth/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13765097    +D.B. Servicing Corp.,   12 Reads Way,   New Castle, DE 19720-1649
14050314     Federal National Mortgage Association,   PO Box 2008 Grand Rapids, MI 49501-2008
13765102    +Fia Card Service,   P.O. Box 15026,   Wilmington, DE 19850-5026
13765103    +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
13765104    +Integrity Financial Partners,   4370 W. 109th St.,   Ste. 100,   Leawood, KS 66211-1316
13765106    +J.A. Cambece Law Office,   200 Cummings Center,   Ste. 173-D,   Beverly, MA 01915-6190
13765107    +James C. Warmbrodt, Esquire,   436 Seventh Ave.,   Ste. 1400,   Pittsburgh, PA 15219-1827
13788759     Joe Kujawa,   Millcreek Township,   3640 West 26th Street,   Erie, PA 16506
13788757     Millcreek Township,   3640 West 26th Street,   Erie, PA 16506
13765108    +Mortgage Electronic,   Registration Systems, Inc.,   P.O. Box 2026,   Flint, MI 48501-2026
13765109    +Pa. Dept. of Revenue,   Bureau of Collections,   P.O. Box 281041,   Harrisburg, PA 17128-1041
13765110    +Paul J. Klemm, Esq.,   425 Eagle Rock Ave.,   Roseland, NJ 07068-1717
13765111    +Paul Klemm, Esq.,   425 Eagle Rock Ave.,   Roseland, NJ 07068-1717
13765112    +Portfolio America Asset,   3535 Piedmont Rd.,   Ste. 410, Bldg. 14,   Atlanta, GA 30305-1616
13765113    +Robert C. Brabender, Esq.,   2741 West 8th St.,   Ste. 16,   Erie, PA 16505-4035
13765114    +Robert C. Brabender, Jr., Esq.,   2741 W. 8th St.,   Erie, PA 16505-4035
13765115    +Sears CBSD,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13765116    +Stoneleigh Recovery Assoc. LLC,   P.O. Box 1479,   Lombard, IL 60148-8479
13788758     Sue Weber,   Millcreek Township,   3640 West 26th Street,   Erie, PA 16506
13765117    +The CBE Group,   131 Tower Park Dr.,   P.O. Box 900,   Waterloo, IA 50704-0900
13765119    +U.S. Bank,   909 Hidden Ridge,   Ste. 200,   Irving, TX 75038-3817
14013789    +U.S. Bank National Association et al.,   Chase Records Center,   Attn: Correspondence Mail,
             Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13765120    +William T. Molczan, Esquire,   436 Seventh Ave.,   Suite 1400,   Pittsburgh, PA 15219-1827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13788392    +E-mail/Text: bncmail@w-legal.com Mar 22 2019 03:00:41    ALTAIR OH XIII, LLC,
             C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13765089    +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2019 02:57:16    CACH LLC,
             4340 S. Monaco,   Second Floor,   Denver, CO 80237-3485
13765095     E-mail/Text: gecsedi@recoverycorp.com Mar 22 2019 02:58:30    Conseco Finance Cons. Discount,
             332 Minnesota St.,   Ste. 610,   Saint Paul, MN 55101
13765091    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 22 2019 02:58:35    Capital One Bank,
             P. O. Box 30281,   Salt Lake City, UT 84130-0281
13765090    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 22 2019 02:57:52    Capital One Bank,
             P. O. Box 30285,   Salt Lake City, UT 84130-0285
13832965     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 22 2019 02:57:14
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13765096    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2019 02:58:27    Conseco Finance Cons. Discount,
             7360 S. Kyrene Rd.,   Tempe, AZ 85283-8432
13765098    +E-mail/Text: mrdiscen@discover.com Mar 22 2019 02:59:59    DB Servicing Corp.,   12 Reads Way,
             New Castle, DE 19720-1649
13765099     E-mail/Text: mrdiscen@discover.com Mar 22 2019 02:59:59    Discover Bank,   12 Reads Way,
             New Castle, DE 19720
13765100     E-mail/Text: mrdiscen@discover.com Mar 22 2019 02:59:59    Discover Bank,   P.O. Box 15316,
             Wilmington, DE 19850
13768611     E-mail/Text: mrdiscen@discover.com Mar 22 2019 02:59:59    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13765105     E-mail/Text: rio.bncmail@irs.gov Mar 22 2019 03:00:06    Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
13816615     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 22 2019 03:00:43    Jefferson Capital Systems LLC,
             Po Box 7999,   Saint Cloud Mn 56302-9617
```

```
District/off: 0315-1          User: dkam           Page 2 of 3          Date Rcvd: Mar 21, 2019
                              Form ID: pdf900       Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13777424        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 22 2019 03:00:44
                Portfolio America Asset Management Llc,   c o Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
13818110        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 02:57:12
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13765118       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 22 2019 03:00:32    U. S. Trustee's Office,
                1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                      TOTAL: 16


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              FEDERAL NATIONAL MORTGAGE ASSOCIATION
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              U.S. Bank National Association, as Trustee for Con
13765086*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 982238,   El Paso, TX  79998)
13765101       ##+Edwin A. Abrahamsen & Assoc.,   120 N. Keyser Ave.,   Scranton, PA 18504-9701
                                                                        TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                         Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
         Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
         Heather Stacey Riloff   on behalf of Creditor   Federal National Mortgage Association
          heather@mvrlaw.com, Michelle@mvrlaw.com
         Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
          Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com,
          Michelle@mvrlaw.com
         Heather Stacey Riloff   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          heather@mvrlaw.com, Michelle@mvrlaw.com
         James Warmbrodt   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          bkgroup@kmllawgroup.com
         Jeniece D. Davis   on behalf of Creditor   Federal National Mortgage Association
          jeniece@mvrlaw.com, bonnie@mvrlaw.com
         Jeniece D. Davis   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          jeniece@mvrlaw.com, bonnie@mvrlaw.com
         Jerome B. Blank   on behalf of Creditor   U.S. Bank National Association, as Trustee for Conseco
          Finance Home Loan Grantor Trust 2002-A pawb@fedphe.com
         Joshua I. Goldman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          bkgroup@kmllawgroup.com
         Kevin Scott Frankel   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
          pabk@logs.com
         Michael S. Jan Janin   on behalf of Joint Debtor Dawnette Rose Manus mjanjanin@quinnfirm.com,
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
          myers@quinnfirm.com;mtrayer@quinnfirm.com
         Michael S. Jan Janin   on behalf of Debtor Larry Emanuel Manus mjanjanin@quinnfirm.com,
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
          myers@quinnfirm.com;mtrayer@quinnfirm.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
```

District/off: 0315-1          User: dkam            Page 3 of 3            Date Rcvd: Mar 21, 2019
                             Form ID: pdf900        Total Noticed: 56

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                      TOTAL: 14